Hallie E. McCowan et al., Appellees, v. Don C. Mc-Cowan et al., Appellees. Cabot Foundation, Inc., Appellant.

Gen. No. 42,598.

opinion filed
December 13, 1944; released for publication January 4, 1945. Irving
Breakstone, for appellant; Robert L. Prendergast and Philip Baim, for
appellees. Opinion by JUSTICE LUPE. Not to be published in full.